# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**-vs-**                                                       Case No. 6:12-cr-30-Orl-22GJK

**DEMES RAUL ORELLANA**

_____

### ACCEPTANCE OF PLEA OF GUILTY AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge (Doc. No. 25), to which there has been a notice of no objection filed by the Government and no notice of objection filed by the Defendant, the plea of guilty of the defendant to Count One of the Indictment is now accepted and the defendant is adjudged guilty of such offenses. A sentencing hearing has been scheduled by separate notice.

**DONE** and **ORDERED** in Orlando, Florida on this 20th day of April, 2012.

*Anne C. Conway*
ANNE C. CONWAY
United States District Judge

Copies furnished to:

United States Marshal
United States Attorney
Federal Public Defender
United States Probation Office